In re:     BKY 18-60811
    Chapter 12

Jason Theisen,

       Debtor.

## ORDER APPROVING STIPULATION

Based on the Stipulation filed by the parties

    IT IS ORDERED:

1. The debtor will submit monthly operating reports and bank statements for any given month to the Trustee and Compeer Financial by the 15th of the following month for the duration of the case.

2. The debtor's plan filed on March 28, 2019 is denied.

3. The debtor will file a new Chapter 12 plan by May 7, 2019.

4. Confirmation hearing on that Chapter 12 plan will take place no later than May 29, 2019.

5. If the debtor fails to abide by the terms of this Order, the Chapter 12 Trustee or Compeer Financial may file an Affidavit of Default with the Court. Upon submission of the Affidavit of Default, the Court may enter an order dismissing this case without further hearing.

Dated:    *April 30, 2019*

                               */e/ Michael E. Ridgway*

                               Michael E. Ridgway
                               United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *04/30/2019*
Lori Vosejpka, Clerk, by AMM