UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: | **Jointly Administered Under** |
| LEROY THEISEN, | **BKY 18-60810** |
| | |
| JASON E. THEISEN, | **BKY 18-60811** |
| | |
| Debtors. | |

ORDER AUTHORIZING JOINT ADMINISTRATION OF BANKRUPTCY CASES

At Fergus Falls, Minnesota.

These cases are before the court on the debtors' joint motion for an order directing joint administration.

IT IS ORDERED:

1. The debtors' cases shall be jointly administered.

2. The caption of the jointly administered cases shall read as above.

3. All further pleadings and other papers, other than petitions and related pleadings, schedules and statements of affairs, matrices, claims and amendments to any of the foregoing, shall be filed in, and all further docket entries shall be made in BKY Case No. 18-60810, LEROY THEISEN.

5. The clerk of this court shall enter this order on the docket of each of the debtors' cases and shall make the following docket entry in each case:

> An order has been entered in this case in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing the joint administration of the chapter 12 cases of 18-60810, LEROY THEISEN and of 18-60811, JASON E.

NOTICE OF ELECTRONIC ENTRY AND FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *05/01/19*
Lori Vosejpka, Clerk, by AMM

THEISEN.  The docket in Case No. 18-60810, LEROY THEISEN should be consulted for all further documents filed and all matters affecting these cases.

Dated: April 30, 2019

*/e/ Michael E. Ridgway*
MICHAEL E. RIDGWAY
UNITED STATES BANKRUPTCY JUDGE